# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Lennis L. Danzy<br>103 Helen Circle<br>Milledgeville, GA  31061 | **CHAPTER 13**<br><br>**Case Number:** 11-51672-JPS<br><br>**ATTORNEY:**  David Judah Attorney at Law LLC |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $296.96 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226

**DATED:** June 26, 2014

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**